# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

RIKI GHOSH
SENIOR ASSOCIATE

EMMA J. COLE
LEGAL ASSISTANT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2018

July 6, 2018

**Via ECF**

Application GRANTED.  Defendant Mark Mullakandov's conditions of bail are temporarily modified to permit travel to Fort Lauderdale, Florida from July 8, 2018, to July 15, 2018, and Las Vegas, Nevada from July 25, 2018, to July 29, 2018.  All other conditions of bail shall remain in effect.  Defendant shall provide his pretrial officer with his itinerary.  The Clerk of Court is directed to terminate the letter motion at Docket Number 236.
Dated: July 6, 2018
       New York, New York

**Re: United States v. Mark Mullakandov (17-CR-262)**

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield;

This letter is respectfully submitted to request that the Court issue an order permitting Mark Mullakandov to travel to the following destinations:

**Destination 1**
Mr. Mullakandov would travel to Florida on business in order to attend a car auction from July 8, 2018 until July 15, 2018.

Mr. Mullakandov would stay at the following address:

3700 Shady Ridge Road
Fort Lauderdale, Florida 33312

**Destination 2**
Mr. Mullakandov would travel to Las Vegas for a family vacation from July 25, 2018 until July 29, 2018.

Mr. Mullakandov would stay at the following address:

Ceasers Palace Hotel
3570 S Las Vegas Blvd
Las Vegas, Nevada 89109

Pretrial Services Officer Erin Cunningham and Assistant United States Attorney Noah Falk have been contacted and have no objections to the instant travel requests.

Thank you for your courtesy and consideration.

                                                            Respectfully Submitted,

                                                            _____/s/_____
                                                            James Kousouros, Esq.

C.C.    Noah Falk,
           Andrew Thomas,
           Drew Johnson-Skinner,
           Jacqueline Kelly,
           *Assistant United States Attorneys*

           Erin Cunningham
           *Pretrial Services Officer*