# James Kousouros
## Attorney at Law

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

James Kousouros
Founder & Principal

Eric Grossfeld
Associate

Emma J. Cole
Legal Assistant

March 30, 2020

**Via ECF**
Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application Granted. Defendant Mullakandov's sentencing hearing is adjourned to July 7, 2020 at 2:00 p.m. The Government's submission shall be filed by June 15, 2020. Defendant's submission shall be filed by June 18, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 599.
>
> Dated: April 1, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: **United States v. Mark Mullakandov**, (17-CR-262)

Dear Judge Schofield,

    This letter is respectfully submitted with the consent of the Government to request that the sentence currently scheduled before the Court on April 21, 2020 be adjourned to a date in July 2020.

    Due to the COVID-19 pandemic, we have been unable to meet with Mr. Mullakandov and adequately prepare a sentencing submission on his behalf. As the Court is aware, the pandemic has yet to reach its peak in New York City, and Governor Cuomo has issued a stay at home order until April 15, 2020, which is likely to be extended further. Thus, we are unlikely to be able to meet with Mr. Mullakandov until May 2020 at the earliest.

    Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

c.c.
    Andrew Thomas
    Assistant United States Attorney