# JAMES KOUSOUROS
## ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

**JAMES KOUSOUROS**
FOUNDER & PRINCIPAL

**ERIC GROSSFELD**
ASSOCIATE

**EMMA J. COLE**
LEGAL ASSISTANT

June 16, 2020

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application Granted.  Defendant Mullakandov's sentencing hearing is adjourned to September 17, 2020 at 11:00 a.m.  The Government's submission shall be filed by August 24, 2020.  Defendant's submission shall be filed by August 27, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 638.
>
> Dated: June 17, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   **United States v. Mark Mullakandov**, 17 Cr. 262 (LGS)

Dear Judge Schofield,

    This letter is respectfully submitted with the consent of the Government to request that the sentence currently scheduled before the Court on July 7, 2020 be adjourned to a date in September 2020.

    Due to the COVID-19 pandemic, we have been unable to meet with Mr. Mullakandov and finalize the sentencing submission on his behalf. Moreover, Mr. Mullakandov has asked that his sentencing hearing be done in person if possible.

    Accordingly, we ask that the sentencing hearing be adjourned until a date in September 2020 or thereafter.

    Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

c.c.
    Andrew Thomas
    Assistant United States Attorney