# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

ERIC GROSSFELD
ASSOCIATE

EMMA J. COLE
LEGAL ASSISTANT

August 26, 2020

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 649.

Dated: August 28. 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Mark Mullakandov**, 17 Cr. 262 (LGS)

Dear Judge Schofield,

This letter is respectfully submitted to request a one-day extension to file a sentence submission on behalf of Mr. Mullakandov which is currently due on August 27, 2020.

While our sentencing memorandum is near completion, we are awaiting one final letter on behalf of Mr. Mullakandov and would like to file a complete submission.

Accordingly, we ask that the deadline to file a sentence submission on behalf of Mr. Mullakandov be extended to August 28, 2020.

Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

c.c.
    Andrew Thomas
    Assistant United States Attorney