UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                           Plaintiff,

            -against-

MARK MULLAKANDOV,
                           Defendant,
------------------------------------------------------------X

17 Cr. 262-02 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Mark Mullakandov's sentencing hearing previously scheduled for September 17, 2020 is adjourned to **October 6, 2020 at 2:00 p.m**. due to a conflict in the Court's schedule.

Dated: September 16, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**