## JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

April 27, 2021

**Via ECF**

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application Granted.  The Clerk of the Court is directed to
terminate the letter motion at docket number 694.

Dated: April 27, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Mark Mullakandov,** 17 Cr. 262 (LGS)

Dear Judge Schofield:

This letter is respectfully submitted to request that the Court issue an Order permitting Mark Mullakandov to travel to Aruba, from May 2, 2021 to May 9, 2021 to attend a family vacation with his parents and siblings.

United States Probation Officer Vincent Danielo and Assistant United States Attorney Andrew Thomas have no objection to the instant request providing Mr. Mullakandov abide by all foreign and domestic quarantine and mitigation protocols that may apply to him.

Thank you for your courtesy and consideration.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

Andrew Thomas
Assistant United States Attorney

Vincent Danielo
United States Probation Officer