# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

RIKI GHOSH
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

August 20, 2021

**Via ECF**

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Application Granted. The Clerk of Court is directed to terminate the letter motion at docket number 699.*

*Dated: August 20, 2021*
*New York, New York*

_____/s/_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   **United States v. Mark Mullakandov**, 17-CR-262

Dear Judge Schofield:

This letter is respectfully submitted to request that the Court issue an Order permitting Mark Mullakandov to travel to Austria from August 25, 2021, to September 6, 2021. Mr. Mullakandov would travel with his wife, his brother and his brother's family who are hosting the trip to celebrate Mr. Mullakandov's recent marriage. Mr. Mullakandov and his family would stay at their uncle's home in Vienna.

United States Probation Officer Vincent Danielo and Assistant United States Attorney Andrew Thomas have no objection to the instant travel request.

Thank you for your courtesy and consideration.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

Andrew Thomas
Assistant United States Attorney

Vincent Danielo
United States Probation Officer