# JAMES KOUSOUROS

### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

February 7, 2023

**BY ECF**

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 719.

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dated: February 7, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     *United States v. Mark Mullakandov*, 17 Cr. 262 (LGS)

Dear Judge Schofield:

This letter is respectfully submitted to request that the Court issue an Order permitting Mark Mullakandov to travel to Austria from February 10, 2023, to February 28, 2023 in order to attend a series of family events including the wedding of his cousin Eli Barakow on February 23, 2023.

United States Probation Officer Lisa Famularo and Assistant United States Attorney Andrew Thomas have no objection to the instant travel request.

Thank you for your courtesy and consideration.

Respectfully submitted,

/s/ James Kousouros
James Kousouros, Esq.

c.c.

Andrew Thomas
Assistant United States Attorney

Lisa Famularo
United States Probation Officer